IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRI-REALTY COMPANY,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **URSINUS COLLEGE,** | : | |
| *Defendant*. | : | **No. 11-5885** |
| | : | |

## ORDER

AND NOW, this 9th day of December, 2015, upon consideration of Plaintiff's Motion for Leave to File a Third Amended Complaint (Docket No. 105), Plaintiff's Supporting Memorandum (Docket No. 106), and Defendant's Response (Docket No. 107), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE